IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | NO. 21-238 |
| | : | |
| **ASA JACKSON** | : | |

# ORDER

**AND NOW**, this 22nd day of December 2021, upon considering Defendant's Motion to revoke pretrial detention and set conditions of release (ECF Doc. No. 13), United States' Responses (ECF Doc. No. 14), following extensive oral argument after affording Defendant an opportunity to testify, and for reasons in the accompanying Memorandum with Findings of Fact confirming the United States met its burden of overcoming the presumptions of pretrial release for the charged offense by showing no condition or combination of conditions will reasonably assure Defendant's appearance at trial or will reasonably assure the safety of other persons and the community consistent with 18 U.S.C. § 3142, it is **ORDERED** Defendant's Motion to revoke (ECF Doc. No. 13) is **DENIED** without prejudice.

_____
**KEARNEY, J.**