# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| | : |
| **v.** | : **NO. 21-238** |
| | : |
| **ASA JACKSON** | : |

# ORDER

**AND NOW**, this 18th day of March 2022, upon considering Defendant's Motion to suppress in-court identification of witnesses (ECF Doc. No. 36), United States' Opposition (ECF Doc. Nos. 42, 44), following two oral arguments and an evidentiary hearing at which we evaluated the credibility of the identifying witnesses, and for reasons in a forthcoming Memorandum, it is **ORDERED** the Defendant's Motion to suppress (ECF Doc. No. 36) is **DENIED.**

**KEARNEY, J.**