IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| | : |
| v. | : NO. 21-238 |
| | : |
| ASA JACKSON | : |

## ORDER

AND NOW, this 23rd day of May 2022, upon considering Defendant's Motion for acquittal or new trial (ECF Doc. No. 86), the United States' Response (ECF Doc. No. 88), and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion (ECF Doc. No. 86) is **DENIED**.

_____
KEARNEY, J.