**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| UNITED STATES OF AMERICA | : | **CRIMINAL ACTION** |
|---|---|---|
| | : | |
| v. | : | **NO. 21-238** |
| | : | |
| **ASA JACKSON** | : | |

## ORDER

**AND NOW**, this 31st day of March 2023, upon considering the incarcerated Defendant's

pro se Petition (ECF Doc. No. 111) seeking habeas relief, for good cause, and for reasons in

today's accompanying Memorandum, it is **ORDERED**:

1. We **DENY** the petition for habeas relief (ECF Doc. No. 111);

2. We **DENY** a certificate of appealability[1]; and,

3. The Clerk of Court shall **close** this case.

**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).