# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 21-238 |
| | : | |
| ASA JACKSON | : | |

## ORDER

**AND NOW**, this 28th day of February 2024, upon considering Defendant's Motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 114), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 114) is **DENIED** without prejudice.

_____
KEARNEY, J.